# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| IMOGENE MERCER | CIVIL ACTION NO. 04-2158 |
| VS. | JUDGE DRELL |
| MARK PHELPS, ET AL | MAGISTRATE JUDGE HAYES |

## ORDER REQUIRING SUBMISSION ON JURISDICTIONAL AMOUNT

This case was removed from a local state court based on the defendant's allegation that the matter in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28 U.S.C. §1332. Defendant's allegation as to the amount in controversy is unsupported by specific facts.

A removing defendant must prove by a preponderance of the evidence that the amount in controversy exceeds $75,000 by either (1) demonstrating that it is facially apparent that the claims are likely above $75,000 or (2) setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999).

In accordance with state law,[1] plaintiff has not specified the numerical value of his damage claim, and the jurisdictional amount is not otherwise "facially apparent" from the complaint. Simon, 193 F.3d at 850. Furthermore, defendant has failed to set forth sufficient specific facts to establish jurisdiction.

---

[1] La.Code Civ.P. art. 893.

**IT IS THEREFORE ORDERED** that on or before July 23, 2005, defendant shall file a memorandum setting forth specific facts in controversy which support a finding that the jurisdictional amount exists. Supporting documentation and/or affidavits are advisable.

Plaintiff will be allowed ten days to respond to defendant's arguments.

Signed at Monroe, Louisiana on June 23, 2005.

_____
KAREN L. HAYES
U. S. MAGISTRATE JUDGE