THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| IMOGENE MERCER | * | CIVIL ACTION NO. 04-2158 |
|---|---|---|
| Versus | * | JUDGE DRELL |
| MARK PHELPS, ET AL | * | MAGISTRATE JUDGE HAYES |

### MEMORANDUM RULING

Having considered Defendants' submission regarding jurisdictional amount (Doc. #14), it is hereby determined that defendants have met their burden of proof regarding the amount in controversy at the time of removal and that this court has subject-matter jurisdiction herein.

THUS DONE AND SIGNED at Monroe, Louisiana, this 18th day of August 2005.

_____
KAREN L. HAYES
U. S. MAGISTRATE JUDGE